

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NANCY ALONSO, <br><br> Defendant. | Case No. CR 18-34-VAP <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

I.

On July 11, 2018, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter. Deputy Federal Public Defender ("DFPD") Lisa LaBarre specially appeared for DFPD Kelly Swanston who was appointed to represent Defendant.

Defendant submitted on the Pretrial Services Officer's recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include failing to appear for random drug testing on multiple occasions, failing to appear for mental health counseling as required, submitting positive drug tests and failing to report to the U.S. Probation Officer.

B. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition (see above)
> ☒ criminal history which includes a recent revocation of supervised release.

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: July 11, 2018

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE